*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOUTZ, COGLEY, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jamal A. BULLARD**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 202100277**

_____

Decided: 30 August 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Nicholas S. Henry (arraignment, trial)
Keaton H. Harrell (motions)

Sentence adjudged 25 June 2021 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of officer and enlisted members. Sentence in the Entry of Judgment: reduction to E-1, confinement for 13 months[1], and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Daniel O. Moore, JAGC, USN*

---

[1] Appellant was credited with serving 248 days of pre-trial confinement.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Interim Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.